United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12001-djb |
| Lisa S Yancey | Chapter 13 |
| Troy F Yancey | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 81 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lisa S Yancey, Troy F Yancey, 941 Marlyn Rd., Philadelphia, PA 19151-3321 |
| 14719451 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14715726 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14830845 | + | Freedom Mortgage Corp, c/o Mark A. Cronin, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |
| 14711977 | + | Freedom Mortgage Corporation, c/o Mario Hanyon, Esq., 8757 Red Oak Boulevard, Suite 150, Charlotte, NC 28217-3977 |
| 14709894 | + | Main Line Health, 130 South Bryn Mawr Avenue, Bryn Mawr, PA 19010-3121 |
| 14709893 | | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14709895 | #+ | Main Line Health, 1180 Swedesford Road, Berwyn, PA 19312-1099 |
| 14709918 | + | Troy Yancey, 2130 North 50th Street, Philadelphia, PA 19131-2505 |
| 14712348 | + | Unifund CCR Partners, 21 South 9th Street, Allentown, PA 18102-4861 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14735629 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 15 2025 00:44:59 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14720007 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 00:44:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14709868 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 00:45:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14709870 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2025 00:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14709871 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2025 00:39:00 | Barclays Bank/old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14709916 | | Email/Text: cfcbackoffice@contfinco.com | Aug 15 2025 00:39:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14709872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:45:31 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-12001-djb   Doc 49   Filed 08/16/25   Entered 08/17/25 00:38:57   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| 14721478 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2025 00:45:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14721479 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2025 00:44:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14709873 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:55 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14709874 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2025 00:44:57 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14709876 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:45:11 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14709877 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:56 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14721705 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2025 00:39:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14709878 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:56:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14709879 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14709880 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14709881 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenity Capital/BBBmc, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14709882 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenity Capital/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14709883 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14709886 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:55 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14709892 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:45:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14713496 | | Email/Text: mrdiscen@discover.com | Aug 15 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14709884 | + | Email/Text: mrdiscen@discover.com | Aug 15 2025 00:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14709887 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Aug 15 2025 00:39:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14722339 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2025 00:45:14 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14726347 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 15 2025 00:39:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14709889 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 15 2025 00:39:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14830015 | ^ | MEBN | Aug 15 2025 00:35:38 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14709890 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 00:39:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |

Case 22-12001-djb   Doc 49   Filed 08/16/25   Entered 08/17/25 00:38:57   Desc Imaged
                            Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 81 |

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| 14715071 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 15 2025 00:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14709891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:45:10 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14711114 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:45:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709898 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2025 00:39:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14711120 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2025 00:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14709896 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2025 00:39:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14722124 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2025 00:39:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14709899 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 15 2025 00:45:25 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14709900 | + | Email/Text: bnc@nordstrom.com | Aug 15 2025 00:39:55 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14709901 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2025 00:45:10 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14709902 | | Email/Text: CollectionsDept@PFCU.COM | Aug 15 2025 00:39:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14709904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 00:45:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14724997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 00:45:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14709903 | + | Email/Text: bankruptcy1@pffcu.org | Aug 15 2025 00:39:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14714267 | + | Email/Text: bankruptcy1@pffcu.org | Aug 15 2025 00:39:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14725178 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2025 00:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14713882 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2025 00:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14725179 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2025 00:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14709905 | ^ | MEBN | Aug 15 2025 00:35:33 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14709906 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:44:53 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14936608 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:45:30 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14709907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:45:10 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14710283 | ^ | MEBN | Aug 15 2025 00:36:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 22-12001-djb   Doc 49   Filed 08/16/25   Entered 08/17/25 00:38:57   Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 81 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14710089 | ^ | MEBN | Aug 15 2025 00:36:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2025 00:56:40 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14709909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:55:46 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14709910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:44:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14709911 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:45:09 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14709912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:45:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14709913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:45:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14709914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:45:09 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14722149 | + | Email/Text: bncmail@w-legal.com | Aug 15 2025 00:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14718988 | + | Email/Text: tdebn@credbankserv.com | Aug 15 2025 00:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14709915 | + | Email/Text: bncmail@w-legal.com | Aug 15 2025 00:39:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14709917 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 15 2025 00:39:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14712347 | + | Email/Text: dht@pacollections.com | Aug 15 2025 00:39:00 | Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 14727164 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2025 00:39:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14709919 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2025 00:39:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14709920 | | Email/Text: bankruptcies@uplift.com | Aug 15 2025 00:39:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14709908 | | Syncb/walmart Dc |
| 14720802 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14709869 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14709875 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14709885 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14709888 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14709897 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14725959 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 81

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| DAVID M. OFFEN | on behalf of Debtor Lisa S Yancey dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Troy F Yancey dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 48 − 46

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Lisa S Yancey<br><br>   Troy F Yancey<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22−12001−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court